INTEROFFICE CORRESPONDENCE
Los Angeles Unified School District
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**TO:** All Employees             **DATE:** August 13, 2021

**FROM:** Ileana M. Dávalos
Chief Human Resources Officer

Kristen Murphy
Chief of Employee Support and Labor Relations

Karla Gould
Personnel Director

**SUBJECT:** COVID-19 VACCINATION REQUIREMENT FOR EMPLOYEES AND OTHER ADULTS WORKING AT DISTRICT FACILITIES

As part of Los Angeles Unified School District's efforts to provide the safest possible environment in which to learn and work, **all** District employees will be required to be fully vaccinated against COVID-19 no later than October 15, 2021. This requirement also applies to District partners, contractors, co-located charter school employees, and other adults who provide services on District property.

The purpose of this correspondence is to inform District staff of the vaccination requirement as a condition of continued employment/service, as well as the supports in place to assist with receiving the vaccination and/or verifying vaccination status, and the process for seeking a medical or religious exemption from this requirement.

In addition, per the State Public Health Officer Order of August 5, 2021, all employees who provide services or work in healthcare facilities must have their first dose of a one-dose regimen or their second dose of a two-dose regimen by September 30, 2021.

We care about our employees and we appreciate your commitment to maintaining the safest possible environment for our colleagues and the students and families we serve.

Please see the pages that follow for protocols and procedures.

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**COVID-19 VACCINATION REQUIREMENT PROTOCOLS AND PROCEDURES**

**Required Documentation**

Pursuant to the CDPH Guidance for Vaccine Records Guidelines & Standards, only the following modes may be used as proof of vaccination:

1. COVID-19 Vaccination Record Card (issued by the Department of Health and Human Services Centers for Disease Control & Prevention or WHO Yellow Card) which includes name of person vaccinated, type of vaccine provided and date last dose administered); OR
2. a photo of a Vaccination Record Card as a separate document; OR
3. a photo of the client's Vaccination Record Card stored on a phone or electronic device; OR
4. documentation of COVID-19 vaccination from a health care provider; OR
5. digital record that includes a QR code that when scanned by a SMART Health Card reader displays to the reader client name, date of birth, vaccine dates and vaccine type; OR
6. documentation of vaccination from other contracted employers who follow these vaccination records guidelines and standards.

**"Fully-Vaccinated"**

Fully-vaccinated" refers to an individual who has received the first and second doses of the vaccine (or, in the case of Johnson & Johnson, the single required dose) and has completed the two-week period that follows to ensure maximum immunity.

**Vaccination Intervals**

The interval between vaccine doses is dependent on when the vaccine course started:

- Pfizer - 21 days between 1st and 2nd (final) vaccine
- Moderna - 28 days between 1st and 2nd (final) vaccine
- Johnson & Johnson – only one dose is required

**Process for Meeting Vaccination Requirement**

All employees and potential new hires are mandated to receive the required COVID-19 vaccination dose(s).

Individuals vaccinated as part of the winter/spring 2021 District vaccination program do not need to submit their vaccination record for verification. All information transfers automatically to the Daily Pass.

Individuals who were vaccinated outside the District program should submit their vaccination record for review and verification through the Daily Pass (See Attachment A). After the external vaccination document is submitted via the Daily Pass, it will be reviewed and verified by the

2

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

District's Community Engagement team. Please allow 2-3 business days for the verification process.

Employees are allowed a window of up to three hours (per dose) for vaccination for themselves or their dependent(s) during their workday, including travel time to the vaccination location. Los Angeles Unified continues to host school-based vaccination clinics on many of its school campuses. A list of vaccination sites can be found on our website at: https://achieve.lausd.net/Page/17638

Employees utilizing this paid time off are to complete and submit a Certification/Request of Absence for Non-Illness (Form No. 60.NON-ILL; Reissued 9/14/2020). Under Reason for Absence, select Option "M" for Other Absences and identify MSND (Miscellaneous Natural Disaster) with explanation as "Self and/or Dependent COVID-19 vaccination." An absence due to natural disaster does not get deducted from the employees' illness balance

Employees are to notify their supervisor one day ahead if they are scheduling an appointment during their workday, in order to assist their supervisor in making arrangements for work coverage.

Classroom teachers who schedule an appointment during their workday will request a substitute teacher for the three-hour window via the SmartFind Express system and indicate "vaccination" as the qualifying reason.

Employees who experience adverse physical reactions to the vaccination may be allotted additional time (up to three days per dose) with the approval of their supervisor as specified in Reference Guide REF-041184.0. Employees are to complete and submit a Certification/Request of Absence for Non-Illness (Form No. 60.NON-ILL; Reissued 9/14/2020). Under Reason for Absence, select Option M for Other Absences and identify MSND (Miscellaneous Natural Disaster) with explanation as COVID-19 vaccination. An absence due to natural disaster does not get deducted from the employees' illness balance.

Employees experiencing any reaction to the vaccine prohibiting them from returning to work for more than three days will coordinate with their supervisor to determine if there is work that can be done remotely. If remote work cannot be performed, employees may avail themselves of benefited time.

**Supervisor Responsibilities**

Supervisors shall allow employees to be vaccinated during their regularly scheduled workday. Up to three hours of worktime (per dose) are allotted, including travel to the vaccination location.

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**Submission of Required Documents and Deadlines**

**Current Employees**
To comply with the vaccination requirement, current District employees must submit documentation of COVID-19 vaccination through the Daily Pass web portal at http://DailyPass.lausd.net by October 15, 2021. Qualifying Health Care Workers must submit proof of final vaccination no later than September 30, 2021.

**New Employees**
New employees hired on or after October 1, 2021 must be fully vaccinated by and provide verification of their vaccination status as part of the hiring and onboarding process prior to an official offer of employment to any Disrtict site.

    **New employees should submit results via:**

    **U.S. or School Mail:**
        LAUSD
        Human Resources Division
        Employee Health Services – SB 792
        333 S Beaudry Avenue, 14-110
        Los Angeles, CA 90017

    Fax: (213) 241-8918

All documents will be kept confidential as required by law.

**Potential Exemptions**

District employees who serve the District in any capacity may apply to seek exemption from the COVID-19 vaccine requirements only under the following circumstances:

A. The employee submits a written statement from a licensed physician identifying a need for accommodation due to the person's disability or serious medical condition. This statement must be submitted on the employee's doctor's office letterhead with the doctor's printed name, license number, signature and date the statement is issued.

B. The employee seeks accommodation based on a sincerely held religious belief.

The *COVID Reasonable Accommodation Application* , Attachment B, is to be completed if either of the above apply.

INTEROFFICE CORRESPONDENCE
**L**os **A**ngeles **U**nified **S**chool **D**istrict
Human Resources Division
Division of Employee Support and Labor Relations
Personnel Commission

**Accommodation Process**

If the District determines that an employee cannot be vaccinated due to disability or a sincerely held religious belief, an accommodation process will commence to determine whether an accommodation can be provided which would eliminate or reduce this risk, so the unvaccinated employee does not pose a danger to the health and safety of others at the District worksite.

The accommodation process will determine whether an accommodation exists to enable an employee to perform the "essential functions" of their job. The accommodation process initiates at the work site with the immediate supervisor. Essential functions vary by job class and therefore the process shall be case by case and may result in different outcomes in different cases.

If a risk to the health and safety of others cannot be reduced to an acceptable level through a workplace accommodation, the employee may be excluded from physically entering the workplace. The District and employee will then determine if there are any available benefit time/leave provisions.

**Failure to Comply with Vaccination Requirement**

Failure to comply with the mandate to be vaccinated and/or failure to provide the appropriate qualifying exemption documentation may result in disciplinary action, being placed on unpaid leave, and/or separated from District service.

**Ongoing COVID-19 Testing**

All employees are required to participate in regular COVID-19 testing, regardless of vaccination status. Los Angeles Unified will continue to provide free weekly COVID testing on school campuses for <u>all</u> students and employees – both vaccinated and unvaccinated. If infection rates in our community decrease, testing frequency may be reduced, and exemptions for vaccinated individuals may be considered in accordance with medical guidance. Employees assigned to worksites without onsite testing may make an appointment to be tested at one of our 12 stationary testing sites during their assigned work hours at dailypass.lausd.net. Up to two hours of MSND time will be allowed for each required COVID test.